**Order filed, September 02, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00169-CV

_____

**KYLE TAUCH, TRANQUILITY APARTMENTS GENERAL CORPORATION AND TRANQUILITY APARTMENTS LTD., Appellant**

**V.**

**JOEL R. SCOTT, Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2011-21305**

## ORDER

The reporter's record in this case was due **March 25, 2014**. _See_ Tex. R. App. P. 35.1. **On April 08, 2014**, this court ordered the court reporter to file the record within 30 days. The record was not filed with the court. On **May 21, 2014**, this court again ordered the court reporter to file the record in this appeal within 30 days. On **May 27, 2014**, the court reporter filed a motion for extension of time to

file the record which was granted until **June 23, 2014**. On **July 15, 2014**, this court issued another order giving the court reporter until **August 15, 2014** to file the record due to delayed receipt of payment for the record. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michelle Tucker**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Michelle Tucker** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM